WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v <br><br> JORGE NOE DAMIAN-MELENDEZ, <br><br> Defendant, | MAGISTRATE NO. 07-6064-M <br><br> **ORDER** <br><br> (Reentry After Deportation) |

HAVING considered Defendant *Jorge Noe Damian-Melendez*' Motion to Extend Time to Indict and good cause having been shown;

THE COURT makes the following findings;

1. Counsel has been recently appointed.

2. The defendant earnestly wishes to review a plea offer if extended by the government;

3. The defendant wishes to investigate possible defenses prior to considering the government's plea offer;

4. Failure to extend time for indictment in this instance would thus operate to bar defendant from reviewing the government's plea offer in a meaningful way prior to indictment; and

5. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy indictment.

1 **IT IS HEREBY ORDERED** that defendant's Motion to Extend Time for
2 Indictment requesting an extension of thirty (30) days within which the government may
3 seek to indict defendant, is hereby granted.
4 **IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18
5 U.S.C. 3161, the Government shall have an extension of thirty (30) days to file a timely
6 Indictment. Excludable time shall begin to run on the 31st day after arrest for a period of
7 thirty (30) days in which the Government may present the case to the grand jury.
8 DATED this 9th day of March, 2007.

_____
Lawrence O. Anderson
United States Magistrate Judge